UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DENZEL THOMAS (D.O.C. # 476529)                CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                       NO. 08-349-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendant's motion to dismiss[1] shall be GRANTED.

IT IS FURTHER ORDERED that the plaintiff's verbal abuse and medical indifference claims against nurse Amy and Larry Michaels shall be DISMISSED as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(1) and this action shall be DISMISSED without prejudice to any state law claim.

IT IS FURTHER ORDERED that the Court declines to accept jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 and the state law claims are dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 13, 2008.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 15.
Doc#45602